**EXHIBITS**

**Ex. A: Note**

**Ex. B: Mortgage**

**Ex. C: Loan Agreement**

**Ex. D: First Amendment to Loan Agreement**

**Ex. E: Second Amendment to Loan Agreement**

**Ex. F: Third Amendment to Loan Agreement**

**Ex. G: Allonge**

**Ex. H: Assignment of Mortgage**

**Ex. I: 2/17/2025 Notice of Default**

**Ex. J: 11/3/2021 UCC-1 Filing**