# EXHIBIT H

INST#: 20260001599 Recorded: 01/21/2026 at 03:08:00 PM 5 PAGES  JAMES M. ZUGAY, RECORDER OF DEEDS; DAUPHIN COUNTY, PA RECORDED BY DEPUTY CLERK: CWASHINGER TAO: kesworthy

Case 1:26-cv-00478-YK   Document 1-10   Filed 02/25/26   Page 2 of 6

**GGP HOTEL HARRISBURG FUNDER LLC**
as Assignor

in favor of

**CONGRESSIONAL BANK**
as Assignee

**ASSIGNMENT OF OPEN-END MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING**

Dated: October 4, 2021
Effective October 5, 2021

PREPARED BY:

Justin Yourko
c/o Arent Fox LLP
1717 K Street, NW
Washington, DC 20006

RECORD AND RETURN TO:

Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
Attn: David Martin

The premises described within this
instrument are also known as:

4650 Lindle Road
Harrisburg, Pennsylvania
Dauphin County
UPI No. 63-027-175-000-0000

(Sheraton Harrisburg) Assignment of Mortgage

## ASSIGNMENT OF OPEN-END MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING

  **GGP HOTEL HARRISBURG FUNDER LLC**, a Delaware limited liability company, having an address at 220 East 42nd Street, Suite 3002, New York, NY 10017 ("**Assignor**"), as the holder of an interest in the instrument hereinafter described and for valuable consideration hereby endorses, assigns, sells, transfers and delivers to **CONGRESSIONAL BANK**, a Maryland state-chartered bank, having an address at 4445 Willard Avenue, 10th Floor, Chevy Chase, Maryland 20815, its successors and assigns ("**Assignee**"), all right, title and interest of Assignor in and to that certain Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing ("**Mortgage**"), by **HARRISBURG HOTELS LLC**, a Delaware limited liability company ("**Borrower**"), in favor of Assignor, dated September 23, 2021, and effective as of October 5, 2021, and recorded on November 3, 2021, in the Official Records of the Dauphin County Recorder of Deeds, as Instrument No. 20210038777 (as the same has been amended, modified, restated, supplemented, assigned, renewed or extended), and creating a first lien on the property described in <u>Exhibit A</u> attached hereto and by this reference made a part hereof.

  Together with any and all notes and obligations therein described, the debt and claims secured thereby and all sums of money due and to become due thereon, with interest provided for therein, and hereby irrevocably appoints Assignee hereunder its attorney to collect and receive such debt, and to foreclose, enforce and satisfy the foregoing the same as it might or could have done were these presents not executed, but at the cost and expense of Assignee.

  Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

  TO HAVE AND TO HOLD the Mortgage unto Assignee and to the successors and assigns of Assignee forever.

*[Remainder of page intentionally left blank; signature page follows]*

2

(Sheraton Harrisburg) Assignment of Mortgage

IN WITNESS WHEREOF, Assignor has caused this Assignment to be duly executed and delivered by its officer thereunto duly authorized as of the date first above written.

**ASSIGNOR:**

**GGP HOTEL HARRISBURG FUNDER LLC,**
a Delaware limited liability company

By: _____
Name: Yaniv Blumenfeld
Title: Authorized Signatory

## ACKNOWLEDGMENT

State of __New York__ )
County of __New York__ ) ss.:

On the 4th day of __October__ in the year 2021 before me, the undersigned personally appeared __Yaniv Blumenfeld__, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Signature and Office of individual
taking acknowledgment

My Commission Expires: 6/25/23

DANIEL G EGERS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EG6169682
Qualified in New York County
Commission Expires June 25, 2023

(Seal)

[Signature Page to Assignment of Mortgage]

## Exhibit A

Legal Description

ALL THAT CERTAIN piece or parcel of land, situate in Swatara Township, Dauphin County, Commonwealth of Pennsylvania, being bounded and described according to a survey made by Ronald S. Raffensperger, Professional Engineer, dated August 22, 1978, as follows, to wit:

BEGINNING at an iron pin at the point of intersection of the North right of way line of Route No. 411, Legislative Route No. 618 relocated (Lindle Road) and the Northeasterly right of way line for limited access Ramp "U" of U.S. Route 283 L.R. 1031-2; thence along the right of way line for limited access, Ramp "U", North 55 degrees 15 minutes 30 seconds West the distance of 841.08 feet to an iron pin at the corner of lands of PP & L Company; thence along said lands North 83 degrees 25 minutes East, the distance of 1260.64 feet to a concrete monument at the corner of other lands of PP & L Company; thence along said lands, South 04 degrees 54 minutes East the distance of 527.86 feet to an iron pin on the North right of way line of Route 441 Legislative Route No. 618 relocated (Lindle Road); thence along said road the following 5 courses and distances: (1) along the arc of a circle curving to the left having a radius of 2904.93 feet the distance of 50.08 feet; (2) North 09 degrees 57 minutes West the distance of 10.0 feet; (3) South 83 degrees 48 minutes West the distance of 387.55 feet; (4) along the arc of a circle curving to the left having a radius of 2964.93 feet, the distance of 128.32 feet; (5) South 70 degrees 09 minutes 10 seconds West, the distance of 51.08 feet to a point, the place of beginning.

Being the same premises which W2005 WYN Hotels, L.P., a Delaware limited partnership by Deed dated 1/18/2008 and recorded 1/29/2008 in Dauphin County in Instrument No. 20080003362 conveyed unto SHH Partners, LP, a Delaware limited partnership, in fee.

[Exhibit A to Assignment of Mortgage]

# Dauphin County

**James M. Zugay, Esq.**
*Recorder of Deeds*
jzugay@dauphincounty.gov

**Candace E. Meck**
*First Deputy*
cmeck@dauphincounty.gov



**Location:**
Dauphin County Court House
Room 102
101 Market Street
Harrisburg, Pennsylvania 17101-2029
(717) 780-6560

**Website:**
https://www.dauphincounty.gov/government/
publicly-elected-officials/recorder-of-deeds

## Recorder of Deeds
Harrisburg, Pennsylvania

## CERTIFIED END PAGE

INSTRUMENT #: 20260001599
RECORD DATE: 1/21/2026 3:08:00 PM
RECORDED BY: CWASHINGER
DOC TYPE: ASG MTG
AGENT: SIMPLIFILE
DIRECT NAME: GGP HOTEL HARRISBURG FUNDER LLC
INDIRECT NAME: CONGRESSIONAL BANK

RECORDING FEES - State: $0.50
RECORDING FEES - County: $13.00
ACT 8 OF 1998: $5.00

SWATARATWP

AOPC: $41.25

UPI Count: 1
UPI Fee: $20.00
UPI List: 63-027-175-000-0000

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.

*James M. Zugay, Recorder of Deeds*

---

### THIS IS A CERTIFICATION PAGE
# PLEASE DO NOT DETACH
### THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT