# EXHIBIT I

**GGP Hotel Harrisburg Funder LLC**
c/o Glacier Global Partners LLC
220 East 42nd Street, Suite 3002
New York, New York 10017

February 17, 2025

**VIA ELECTRONIC MAIL AND UPS OVERNIGHT**

Harrisburg Hotels LLC
c/o GC Oakland Hotel Operator, LLC
32 Arosa Hill
Lakewood, New Jersey 08701
Attention: David Frankel
Facsimile: (213) 213-8601
Email: david@227.nyc

David Frankel
32 Arosa Hill
Lakewood, New Jersey 08701
Email: david@227.nyc

Chesky Frankel
11302 Westland Circle
Boynton Beach, Florida 33437
Email: rafi@highviewpg.com

And copies to the Parties listed on Exhibit A

Re:    NOTICE OF DEFAULT

PROPERTY:  Sheraton Harrisburg Hershey Hotel
4650 Lindle Road, Harrisburg, Pennsylvania 17111

Ladies and Gentlemen:

Reference is hereby made to that certain Loan Agreement, dated as of October 5, 2021, as amended by that certain First Amendment to Loan Agreement and other Loan Documents, dated as of May, 2024 (as may be further amended, restated, replaced, supplemented or otherwise modified from time to time, the "**Loan Agreement**"), relating to a mortgage loan in the original principal amount of $23,000,000.00 ("**Loan**") made by GGP HOTEL HARRISBURG FUNDER LLC, a Delaware limited partnership (together with its successors and assigns, the "**Lender**") to HARRISBURG HOTELS LLC, a Delaware limited liability company ("**Borrower**"), as guaranteed by DAVID FRANKEL and CHESKY FRANKEL (collectively, "**Guarantor**"). Unless otherwise specified herein, capitalized terms used in this letter shall have the meanings

ascribed to them in the Loan Agreement.

**PLEASE BE ADVISED, that, Borrower failed to repay the Loan in full when required on the Maturity Date, which failure constitutes an Event of Default under the Loan Agreement.**

**PLEASE BE FURTHER ADVISED, that, in addition to the foregoing, (i) Borrower failed to perform the Required Capital Improvements in accordance with the Property Improvement Plan in violation of Section 5.3.3 of the Loan Agreement, which failure constitutes an Event of Default pursuant to Section 10.1(x) of the Loan Agreement, (ii) Borrower incurred Indebtedness in violation of the covenants set forth in Section 4.1.2 and Schedule 2 of the Loan Agreement, which constitutes an Event of Default pursuant to Section 10.1(n) of the Loan Agreement; and (iii) Borrower failed to make payments of interest and operating expenses due under the Loan Agreement, which failure constitutes an Event of Default pursuant to Section 10.1(a) of the Loan Agreement.**

**PLEASE BE FURTHER ADVISED THAT LENDER INTENDS TO EXERCISE ANY REMEDIES AVAILABLE AT LAW OR IN EQUITY, INCLUDING BUT NOT LIMITED TO THOSE LISTED IN THE LOAN DOCUMENTS, IN SUCH SEQUENCE OR COMBINATION AS LENDER MAY DETERMINE IN LENDER'S SOLE DISCRETION, INCLUDING BUT NOT LIMITED TO FORECLOSURE.**

Any collateral in your possession including any Rents or other cash collateral are to be conserved and held in trust for the benefit of the Lender and Lender may seek to hold you strictly accountable thereof.

Nothing herein or omitted here from shall be deemed a waiver of any rights, powers, privileges or remedies available against Borrower or Guarantor under the Loan Documents, at law or in equity for the Events of Default named above or any other Event of Default that exists as of the date of this letter, all of which rights and remedies are expressly reserved. Lender fully reserves all rights and remedies provided for under the Note, Security Instrument, and other Loan Documents evidencing, securing, or affecting the obligation evidenced by the Note to enforce the obligation and the lien and to protect its interests thereunder. Nothing contained herein is intended as, constitutes, or should be construed as, an election of remedies or a waiver of any of Lender's rights or remedies to enforce the terms of any of the Loan Documents.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

LENDER:

**GGP HOTEL HARRISBURG FUNDER
LLC,** Delaware limited liability company

By: _____
Name: Yaniv Blumenfeld
Title: Authorized Signatory

ACTIVE 707067316v2

## EXHIBIT A

Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, New York 10017
Attention: David E. Bolen, Esq.
E-mail: bolend@gtlaw.com

McGrail & Bensinger LLP
888-C Eighth Avenue, #107
New York, New York 10019
Attention: Joshua Hager, Esq.
E-mail: Jhager@mcgrailbensinger.com