# **EXHIBIT J**

INST#: 20210038779 Recorded: 11/03/2021 at 10:30:38 AM 6 PAGES   JAMES M. ZUGAY,
RECORDER OF DEEDS, DAUPHIN COUNTY, PA  RECORDED BY DEPUTY CLERK (WASHINGER TAO APABON)

Case 1:25-cv-00473-UNA   Document 1-2   Filed 02/25/25   Page 2 of 7

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Attn: David E. Bolen, Esq.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HARRISBURG HOTELS LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 32 Arosa Hill | Lakewood | NJ | 08701 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GGP HOTEL HARRISBURG FUNDER LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS  c/o Glacier Credit Strategy | CITY | STATE | POSTAL CODE | COUNTRY |
| 220 East 42nd Street, Suite 3002 | New York | NY | 10017 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

The collateral covered by this Financing Statement is more particularly described in Exhibit A attached hereto and made a part hereof, said property being located at the premises described in Exhibit B attached hereto and made a part hereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
To be filed with Recorder of Deeds, Dauphin County, PA   [Sheraton Harrisburg]

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**HARRISBURG HOTELS LLC**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☑ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

4650 Lindle Road,
Harrisburg, Pennsylvania 17111
Dauphin County

See Exhibit B, attached hereto which contains a copy of the real property description to which the collateral is related.

**17. MISCELLANEOUS:**
To be filed with Recorder of Deeds, Dauphin County, PA       [Sheraton Harrisburg]

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

EXHIBIT A
To UCC-1 Financing Statement

**DEBTOR:**

**HARRISBURG HOTELS LLC**,
a Delaware limited liability company

**SECURED PARTY:**

**GGP HOTEL HARRISBURG FUNDER LLC,**
a Delaware limited liability company

All right, title, interest and estate of Debtor now owned, or hereafter acquired, in and to the following property, rights, interests and estates (in Debtor's right, title and interest in and to the land described in **Exhibit "A"** (the "*Premises*") and the buildings, structures, fixtures and other improvements now or hereafter located thereon (the "*Improvements*"), and the property, rights, interests and estates hereinafter described are collectively referred to herein as the "*Property*"):

(a) all easements, rights-of-way, strips and gores of land, streets, ways, alleys, passages, sewer rights, water, water courses, water rights and powers, air rights and development rights, rights to oil, gas, minerals, coal and other substances of any kind or character, and all estates, rights, titles, interests, privileges, liberties, tenements, hereditaments and appurtenances of any nature whatsoever, in any way belonging, relating or pertaining to the Premises and the Improvements; and the reversion and reversions, remainder and remainders, and all land lying in the bed of any street, road, highway, alley or avenue, opened, vacated or proposed, in front of or adjoining the Premises, to the center line thereof; and all the estates, rights, titles, interests, dower and rights of dower, curtesy and rights of curtesy, property, possession, claim and demand whatsoever, both at law and in equity, of Debtor of, in and to the Premises and the Improvements and every part and parcel thereof, with the appurtenances thereto;

(b) all machinery, furniture, furnishings, equipment, computer software and hardware, fixtures (including all heating, air conditioning, plumbing, lighting, communications and elevator fixtures), inventory, materials, supplies and other articles of personal property and accessions thereof, renewals and replacements thereof and substitutions therefor, and other property of every kind and nature, tangible or intangible, owned by Debtor, or in which Debtor has or shall have an interest, now or hereafter located upon the Premises or the Improvements, or appurtenant thereto, and usable in connection with the present or future operation and occupancy of the Premises and the Improvements (hereinafter collectively referred to as the "*Equipment*"), including any leases of, deposits in connection with, and proceeds of any sale or transfer of any of the foregoing, and the right, title and interest of Debtor in and to any of the Equipment that may be subject to any "security interest" as defined in the Uniform Commercial Code, as in effect in the State where the Property is located (the "*UCC*"), superior in lien to the lien of this Security Instrument (as hereinafter defined);

(c) all awards or payments, including interest thereon, that may heretofore or hereafter be made with respect to the Premises or the Improvements, whether from the exercise of the right of eminent domain or condemnation (including any transfer made in lieu of or in anticipation of the exercise of such right), or for a change of grade, or for any other injury to or decrease in the value of the Premises or Improvements;

(d) all leases and other agreements or arrangements heretofore or hereafter entered into affecting the use, enjoyment or occupancy of, or the conduct of any activity upon or in, the Premises or the Improvements, including any extensions, renewals, modifications or amendments thereof (hereinafter collectively referred to as the "*Leases*") and all rents, rent equivalents, moneys payable as damages

*NY 247719997v1*

(including payments by reason of the rejection of a Lease in a Bankruptcy Proceeding) or in lieu of rent or rent equivalents, royalties (including all oil and gas or other mineral royalties and bonuses), income, fees, receivables, receipts, revenues, deposits (including security, utility and other deposits), accounts, cash, issues, profits, charges for services rendered, and other consideration of whatever form or nature received by or paid to or for the account of or benefit of Debtor or its agents or employees from any and all sources arising from or attributable to the Premises and/or the Improvements, including all receivables, customer obligations, installment payment obligations and other obligations now existing or hereafter arising or created out of the sale, lease, sublease, license, concession or other grant of the right of the use and occupancy of the Premises or the Improvements, or rendering of services by Debtor or any of its agents or employees, and proceeds, if any, from business interruption or other loss of income insurance (hereinafter collectively referred to as the "*Rents*"), together with all proceeds from the sale or other disposition of the Leases and the right to receive and apply the Rents to the payment of the Debt;

(e)  all proceeds of and any unearned premiums on any insurance policies covering the Property, including the right to receive and apply the proceeds of any insurance, judgments, or settlements made in lieu thereof, for damage to the Property;

(f)  the right, in the name and on behalf of Debtor, to appear in and defend any action or proceeding brought with respect to the Property and to commence any action or proceeding to protect the interest of Secured Party in the Property;

(g)  all accounts (including reserve accounts), accounts receivable (including, without limitation, any account, fees, charges or other payments arising from the use and occupancy of hotel rooms and/or other hotel or public facilities at the Property), escrows, documents, instruments, chattel paper, claims, deposits and general intangibles, as the foregoing terms are defined in the UCC, and all franchises, trade names, trademarks, symbols, service marks, books, records, plans, specifications, designs, drawings, surveys, title insurance policies, permits, consents, licenses, management agreements, contract rights (including any contract with any architect or engineer or with any other provider of goods or services for or in connection with any construction, repair or other work upon the Property), approvals, actions, refunds of real estate taxes and assessments (and any other governmental impositions related to the Property) and causes of action that now or hereafter relate to, are derived from or are used in connection with the Property, or the use, operation, maintenance, occupancy or enjoyment thereof or the conduct of any business or activities thereon (hereinafter collectively referred to as the "*Intangibles*"); and

(h)  all proceeds, products, offspring, rents and profits from any of the foregoing, including those from sale, exchange, transfer, collection, loss, damage, disposition, substitution or replacement of any of the foregoing.

Without limiting the generality of any of the foregoing, in the event that a case under the Bankruptcy Code is commenced by or against Debtor, pursuant to Section 552(b)(2) of the Bankruptcy Code, the security interest granted by this Security Instrument shall automatically extend to all Rents acquired by Debtor after the commencement of the case and shall constitute cash collateral under Section 363(a) of the Bankruptcy Code.

Capitalized terms used but not otherwise defined herein shall have the meanings assigned to such terms in that certain Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing, dated September 30, between Debtor and Secured Party (the "*Security Instrument*").

NY 247719997v1

EXHIBIT B

<u>Legal Description</u>

ALL THAT CERTAIN piece or parcel of land, situate in Swatara Township, Dauphin County, Commonwealth of Pennsylvania, being bounded and described according to a survey made by Ronald S. Raffensperger, Professional Engineer, dated August 22, 1978, as follows, to wit:

BEGINNING at an iron pin at the point of intersection of the North right of way line of Route No. 411, Legislative Route No. 618 relocated (Lindle Road) and the Northeasterly right of way line for limited access Ramp "U" of U.S. Route 283 L.R. 1031-2; thence along the right of way line for limited access, Ramp "U", North 55 degrees 15 minutes 30 seconds West the distance of 841.08 feet to an iron pin at the corner of lands of PP & L Company; thence along said lands North 83 degrees 25 minutes East, the distance of 1260.64 feet to a concrete monument at the corner of other lands of PP & L Company; thence along said lands, South 04 degrees 54 minutes East the distance of 527.86 feet to an iron pin on the North right of way line of Route 441 Legislative Route No. 618 relocated (Lindle Road); thence along said road the following 5 courses and distances: (1) along the arc of a circle curving to the left having a radius of 2904.93 feet the distance of 50.08 feet; (2) North 09 degrees 57 minutes West the distance of 10.0 feet; (3) South 83 degrees 48 minutes West the distance of 387.55 feet; (4) along the arc of a circle curving to the left having a radius of 2964.93 feet, the distance of 128.32 feet; (5) South 70 degrees 09 minutes 10 seconds West, the distance of 51.08 feet to a point, the place of beginning.

Being the same premises which W2005 WYN Hotels, L.P., a Delaware limited partnership by Deed dated 1/18/2008 and recorded 1/29/2008 in Dauphin County in Instrument No. 20080003362 conveyed unto SHH Partners, LP, a Delaware limited partnership, in fee.

**Swatara Township**
 **63-027-175-000-0000**

NY 247719997v1

**James M. Zugay, Esq.**
Recorder of Deeds
(717) 780-6560

**Candace E. Meck**
*First Deputy*



## Recorder of Deeds

Harrisburg, Pennsylvania

## CERTIFIED END PAGE

*Location:*
Dauphin County Courthouse
Room 102
Front & Market Streets
Harrisburg, PA 17101

```
INSTRUMENT #: 20210038779
RECORD DATE: 11/3/2021 10:30:38 AM
RECORDED BY: CWASHINGER
DOC TYPE: UCC
AGENT: SIMPLIFILE
DIRECT NAME: HARRISBURG HOTELS LLC
INDIRECT NAME: GGP HOTEL HARRISBURG FUNDER LLC


RECORDING FEES - State: $0.50

ACT 8 OF 1998: $5.00
ADDITIONAL NAME FEE: $2.00


 SWATARA TWP
```

```
UPICount: 0
UPIFee:
UPIList:
UCC: $94.50
```



I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.

*James M. Zugay,* Recorder of Deeds

---
## THIS IS A CERTIFICATION PAGE
---

# PLEASE DO NOT DETACH
---
THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT