**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FORBRIGHT BANK,** | : | |
| **Plaintiff** | : | **No. 1:26-cv-00478** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **HARRISBURG HOTELS LLC,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, on this 31st day of March 2026, upon consideration of the parties' joint stipulation for appointment of a receiver (Doc. No. 4), **IT IS ORDERED THAT** the stipulation is **APPROVED**, and the appointment of the receiver in the above-captioned action is governed by the conditions set forth therein.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania