**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| FORBRIGHT BANK, f/k/a CONGRESSIONAL BANK, | : : : : **CIVIL ACTION** |
| Plaintiff, | : : NO. 1:26-cv-00478-YK |
| v. | : : |
| HARRISBURG HOTELS LLC, | : : |
| Defendant. | : : |

**NON-CONTESTING ANSWER OF DEFENDANT HARRISBURG HOTELS LLC**
**TO PLAINTIFF'S COMPLAINT**

Defendant, Harrisburg Hotels LLC ("Borrower"), in response to the Complaint filed by

Plaintiff, Forbright Bank, f/k/a Congressional Bank ("Lender"), answers as follows:

**I.      PARTIES, JURISDICTION AND VENUE**

Paragraphs 1 - 4: Admitted.

**II.     FACTS**

Paragraphs 5 - 36: Borrower does not wish to contest any of the allegations herein.

**COUNT ONE – MORTGAGE FORECLOSURE**

Paragraphs 37 - 41: Borrower does not wish to contest any of the allegations herein.

**COUNT TWO – SALE OF PROPERTY**

Paragraphs 42 - 47: Borrower does not wish to contest any of the allegations herein.

**AFFIRMATIVE OR OTHER DEFENSES**

Borrower submits no defenses to the relief sought in the Complaint.

III.   **PRAYER FOR RELIEF**

      **WHEREFORE**, Borrower consents to the relief requested by Lender.

<b>GREENBERG TRAURIG, LLP</b>

Dated: April 27, 2026

          */s/ Brian T. Feeney*
Brian T. Feeney, Esq. (#78574)
1717 Arch Street, Suite 400
Philadelphia, PA 19103
T:  (215) 988-7812
Brian.Feeney@gtlaw.com

*Counsel for Defendant Harrisburg Hotels LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2026, I caused the foregoing document to be filed through the Court's ECF system and served upon all counsel of record.

Dated:  April 27, 2026
$\qquad$ _/s/ Brian T. Feeney_ _____
Brian T. Feeney, Esq.