**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FORBRIGHT BANK, f/k/a CONGRESSIONAL BANK,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**HARRISBURG HOTELS LLC,**<br><br>    **Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 1:26-cv-00478-YK** |

## <u>STIPULATION FOR ENTRY OF JUDGMENT</u>

This stipulation for entry of judgment is made and entered into by and between the parties as follows:

WHEREAS, on February 25, 2026, Plaintiff commenced this action seeking judgment in mortgage foreclosure in its favor and against Defendant with respect to the subject property in the amount of $28,326,375.00, together with accrued interest and late fees from February 9, 2026, and Plaintiff's reasonable attorneys' fees and other costs pursuant to the subject loan documents; and

WHEREAS, without admitting any of the factual averments in the Complaint, Defendant agrees, pursuant to that certain March 10, 2026 agreement between, inter alia, Plaintiff and Defendant, to cooperate with Plaintiff with respect to the foreclosure and subsequent foreclosure sale of the subject real property;

NOW, THEREFORE, the parties, intending to be legally bound, STIPULATE AND AGREE to the entry of judgment in mortgage foreclosure in favor of Plaintiff and against Defendant and the subject property in the amount of **$28,637,579.90**, plus interest, late fees and

additional attorneys' fees and other costs from **March 31, 2026**, pursuant to the subject loan documents.

FORBRIGHT BANK, f/k/a CONGRESSIONAL BANK

Date: April 28, 2026    By:    */s/ Christine Barba*
Raymond A. Quaglia, Esq.
Christine Barba, Esq.
Brian N. Kearney, Esq.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
quaglia@ballardspahr.com
barbac@ballardspahr.com
kearneyb@ballardspahr.com

*Counsel for Plaintiff*

HARRISBURG HOTELS LLC

Date: April 28, 2026    By:    /s/ *Brian Feeney*
Brian Feeney, Esq.
Greenberg Traurig, LLP
Three Foley Square
1717 Arch Street
Suite 400
Philadelphia, PA 19103
Tel No. (215) 988-7800
feeneyb@gtlaw.com

*Counsel for Defendant*

2