IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FORBRIGHT BANK,                         :
    Plaintiff                           :               No. 1:26-cv-00478
                                        :
    v.                                  :               (Judge Kane)
                                        :
HARRISBURG HOTELS LLC,                  :
    Defendant                           :

## ORDER

**AND NOW**, on this 29th day of April 2026, upon consideration of the parties' joint stipulation for entry of judgment (Doc. No. 13), **IT IS ORDERED THAT**:

1. The joint stipulation for entry of judgment (Doc. No. 13) is **APPROVED** by the Court and incorporated into this Order; and

2. The Clerk of Court is **DIRECTED** to enter judgment in mortgage foreclosure in favor of Plaintiff and against Defendant and the subject property in the amount of $28,637,579.90, plus interest, late fees and additional attorneys' fees and other costs from March 31, 2026, pursuant to the subject loan documents, and **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania